UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------X
ABS ENTERTAINMENT,

                Plaintiff(s),

**NOTICE OF ORAL ARGUMENT**

-against-

CBS CORPORATION,

15 civ 6801 (JGK)

                Defendant(s).
---------------------------------------------------------X

To All Parties,

    You are directed to appear for oral argument on the pending motion(s), to be held on

**Tuesday, February 16, 2016, at 10:30am,** in Courtroom 12B, in front of the Honorable John G. Koeltl.

    **All requests for adjournments must be made in writing to the Court.**

    For any further information, please contact the Court at (212) 805-0107.

                                                **Don Fletcher**
                                       **Courtroom Case Manager**

Dated: New York, New York
         January 14, 2016

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/14/2016