UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABS ENTERTAINMENT, INC., an
Arkansas corporation, BARNABY RECORDS,
INC., a California corporation, BRUNSWICK
RECORD CORPORATION, a New York
corporation and MALACO, INC., a Mississippi
corporation, each individually
and on behalf of all others similarly
situated,

        Plaintiffs,

   v.

CBS CORPORATION, a Delaware
corporation; CBS RADIO INC., a
Delaware corporation; and DOES 1
through 10,

        Defendants.

Civil Action No. 1:15-cv-06801

**DECLARATION OF STACEY
BENSON IN SUPPORT OF
DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

<u>DECLARATION OF STACEY BENSON</u>

I, Stacey Benson, declare as follows:

1.      I am the Senior Vice President of Finance at CBS Radio Inc. ("CBS").  I have worked in this role for three years.  Previously I was Vice President of Finance for six years.  I am also a board member of the Radio Music License Committee, an industry-wide committee that coordinates and interfaces with music licensing groups.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to these facts under oath.

2.      CBS makes payments to three Performance Rights Organizations ("PROs") to compensate the owners of the copyrights to the musical compositions of the songs it broadcasts over terrestrial radio.  As part of my job, I am in charge of fulfilling payment for our contracts with the PROs with which CBS contracts.  The PROs to which CBS issues payments are ASCAP, BMI, and SESAC.

3.      CBS also compensates copyright owners for its digital streaming.  To compensate the owners of the copyrights to these musical compositions, CBS also pays ASCAP, BMI, and SESAC.  To compensate copyright owners of sound recordings fixed after February 15, 1972, CBS pays SoundExchange, a digital rights management organization.

4.      The payment terms of each PRO differ, but in each the royalties paid are not based on whether one of our stations plays a particular recording or the number of times the recording is played.  The PRO licenses therefore do not require CBS to report each recording we play or the number of times we play a particular recording, and accordingly CBS does not maintain such records.

5.      For SoundExchange, CBS obtains a statutory license subject to U.S.C. § 112 and 114 for CBS digital streaming services.  CBS pays a per-stream license fee, set by the Copyright Royalty Board, to SoundExchange for each CBS digital stream of a sound recording.  CBS reports which sound recordings were streamed, and how many times each sound recording was streamed.  CBS is not required to, and does not keep records of how many users listen to a

specific sound recording when it is streamed, or where the end users are located for each sound recording that is streamed. CBS has no involvement with how SoundExchange allocates these royalty payments among the rights holders on whose behalf SoundExchange collects these royalties. CBS is fully compliant with SoundExchange's licensing protocols. *See* Exhibit 1, SoundExchange "Who Pays SoundExchange?"


I declare under penalty of perjury under the laws of the States of California, New York, and the United States that the foregoing is true and correct. Executed on February 26, 2016, at New York, New York.

Stacey Benson