# IRELL & MANELLA LLP

A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

**WRITER'S DIRECT**
TELEPHONE (310) 203-7535
FACSIMILE (310) 556-5256
RSchwartz@irell.com

March 18, 2016

**VIA ECF FILING**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007-1312

    Re:    ABS Entertainment, Inc. et al. v. CBS Corporation, et al. (Case No. 1:15-cv-06801-JGK)

Dear Judge Koeltl:

    We present Defendants CBS Corporation and CBS Radio Inc. in the above referenced action. This letter is in response to the Court's order, dated March 18, 2016, Docket No. 91, directing the parties to appear for a pre-motion conference to be held on Wednesday, March 23, 2016 at 11:00am. Counsel from Irell & Manella LLP and Kelley Drye & Warren LLP respectfully request that Your Honor permit them to participate in the pre-motion conference telephonically.

                                            Sincerely,

                                            Irell & Manella LLP
                                            Kelley Drye & Warren LLP

                                            Robert M. Schwartz