# IRELL & MANELLA LLP

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE: www.irell.com

WRITER'S DIRECT
RSchwartz@irell.com

June 1, 2016

**VIA ECF FILING**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:   *ABS Entertainment, Inc., et al v. CBS Corporation, et.al*,
              Case No. 15-cv-06801 (JGK)

Dear Judge Koeltl:

      We represent Defendants CBS Corporation and CBS Radio, Inc.. (collectively, "CBS"). CBS respectfully submits this letter to advise the Court of the Central District of California's decision on Monday, May 30, 2016 in *ABS Entertainment, Inc., et al v. CBS Corporation, et. al.*, Case No. 15-cv-06257 PA (AGRx), Docket No. 104 (attached as Exhibit 1).

      This decision is from a parallel case involving similar state law claims by the same plaintiffs against the same defendants, and addresses identical issues raised by CBS's Motion for Summary Judgment (Dkt. No. 80) pending before this Court. Accordingly, CBS respectfully requests that the Court consider this supplemental authority in this matter.

                                    Respectfully submitted,

                                      By: /s/ Robert M. Schwartz
                                        Robert M. Schwartz
                                        IRELL & MANELLA LLP
                                        Robert M. Schwartz (*pro hac vice*)
                                        Victor Jih (*pro hac vice*)
                                        Andrew J. Strabone (*pro hac vice*)
                                        Amit Gressel (*pro hac vice*)

                                        KELLEY DRYE & WARREN LLP
                                        Michael C. Lynch (SBN: 2878908)
                                        James B. Saylor (SBN: 5128699)

                                        *Attorneys for Defendants*