# IRELL & MANELLA LLP

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE:  www.irell.com

WRITER'S DIRECT
RSchwartz@irell.com

June 3, 2016

**VIA ECF FILING**

The Honorable John G. Koeltl
United States District Judge
Daniel Patrick Moynihan Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:   *ABS Entertainment, Inc., et al v. CBS Corporation, et.al*,
             Case No. 15-cv-06801 (JGK)

Dear Judge Koeltl:

      We represent Defendants CBS Corporation and CBS Radio, Inc. (collectively, "CBS").  This follows up on our June 1 letter (Dkt. 118) in which we advised the Court that, in the action plaintiffs filed against CBS in the Central District of California, *ABS Entertainment, Inc., et al v. CBS Corporation, et. al.*, Case No. 15-cv-06257 PA (AGRx), the Court there granted CBS's motion for summary judgment.  We attached a copy of the order to the letter.

      Since then, the Clerk of that Court has given the parties notice that it entered judgment in favor of CBS on June 1, and served a copy of the judgment.  We attach a copy of the judgment as Exhibit 1 here.

      This judgment has preclusive effect on the issues raised in CBS's pending Motion for Summary Judgment (Dkt. No. 80).  *See Proctor v. LeClaire*, 715 F.3d 402, 414 (2d Cir. 2013) (collateral estoppel bars litigation of an issue when "(1) the identical issue was raised in a previous proceeding; (2) the issue was actually litigated and decided in the previous proceeding; (3) the party had a full and fair opportunity to litigate the issue; and (4) the resolution of the issue was necessary to support a valid and final judgment on the merits.").

                                      Respectfully submitted,

                             By: _/s/ Robert M. Schwartz_
                                  Robert M. Schwartz

| KELLEY DRYE & WARREN LLP | IRELL & MANELLA LLP |
|---|---|
| Michael C. Lynch (SBN: 2878908) | Robert M. Schwartz (*pro hac vice*) |
| James B. Saylor (SBN: 5128699) | Victor Jih (*pro hac vice*) |
| *Attorneys for Defendants* | Andrew J. Strabone (*pro hac vice*) |
| | Amit Gressel (*pro hac vice*) |