UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 8/12/16

---

ABS ENTERTAINMENT, INC., ET AL.

        Plaintiffs,

- against -

CBS CORPORATION, ET AL.,

        Defendants.

15-cv-6801

ORDER

---

**JOHN G. KOELTL, District Judge:**

For the reasons stated on the record at today's conference, the defendants' motion for summary judgment is denied without prejudice to renewal. The Clerk of Court is directed to close all pending motions.

The case is stayed pending the decisions of the New York Court of Appeals and the Court of Appeals for the Second Circuit in the Flo & Eddie case. The parties are directed to report back to the Court after the Flo & Eddie case is decided.

**SO ORDERED.**

Dated:    New York, New York
           August 12, 2016

                                    John G. Koeltl
                             United States District Judge